UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VALENZUELA, | CASE NO. CV F 13-1620 LJO JLT |
| Plaintiff, | **ORDER TO STRIKE UNSUPPORTED MOTION TO DISMISS** (Doc. 12.) |
| vs. | |
| WELLS FARGO BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. In particular, this Court is unable to conduct legal research and analysis for a party's unsupported positions.

On October 29, 2013, defendant Northwest Trustee Services, Inc. ("NTS") filed its F.R.Civ.P. 12(b)(6) motion to dismiss based on "various privileges and protections under Civil Code §47, 2924(b) & (d), and 2924.12(c)." NTS fails to show this Court the courtesy to identify the particular privileges and protections, to support them with sufficient legal authority and analysis, or to explain their application to plaintiff's claims. NTS' papers reflect laziness and/or inability to address properly legal issues. This Court will not conduct the legal research and analysis which NTS is obligated to do.

1

As such, this Court STRIKES NTS' motion to dismiss (doc. 12) as unsupported. The clerk is directed to term doc. 12. NTS may file a motion to dismiss which is fully supported with legal authority and analysis and otherwise satisfies expectations of federal court filings.

IT IS SO ORDERED.

Dated:   **October 30, 2013**            **/s/ Lawrence J. O'Neill**
                                         UNITED STATES DISTRICT JUDGE