UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VALENZUELA, | CASE NO. CV F 13-1620 LJO JLT |
| Plaintiff, | **ORDER TO DENY EXTENSION, TO VACATE HEARING, AND TO TAKE MATTER UNDER SUBMISSION** |
| vs. | (Doc. 28.) |
| WELLS FARGO BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |
| _____ / | |

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters. As such, this Court must best manage its voluminous caseload without incurring needless delay and misuse of its limited resources.

On December 23 and 31, 2013, defendants Northwest Trustee Services, Inc. and Wells Fargo Bank, N.A., filed their F.R.Civ.P. 12(b)(6) motions to dismiss and set a January 30, 2014 hearing. On January 16, 2014, the deadline to oppose the motions, plaintiff's counsel filed papers to seek to extend the opposition deadline and hearing based on his "feeling under the weather," suffering from the "flu," and incurring a backlog.

Plaintiff's counsel fails to demonstrate good cause to extend the opposition deadline and

hearing based on an insufficiently explained and documented illness.  Plaintiff's counsel fails to demonstrate inability to prepare timely oppositions or to seek an extension sooner than the deadline to file opposition papers.  This Court has reviewed the motions to dismiss and finds them well supported.  This Court surmises that plaintiff's counsel pursues this action to delay and vex foreclosure attempts.  Given the record, this Court construes the request of plaintiff's counsel for an extension as a further attempt at delay.  As such, this Court:

    1.    DENIES the requested extensions; and

    2.    VACATES the January 30, 2014 hearing on the motions to dismiss, pursuant to Local Rule 230(c) and (g), and takes the motions under submission without oral argument.  This Court will issue a written ruling on the motions to dismiss.  No party is to appear on January 30, 2014.

IT IS SO ORDERED.

    Dated:   **January 17, 2014**           **/s/ Lawrence J. O'Neill**
                                                      UNITED STATES DISTRICT JUDGE