UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VALENZUELA, | CASE NO. CV F 13-1620 LJO JLT |
| Plaintiff, | **ORDER TO DENY LATE FILED SUBMISSIONS**<br>(Docs. 32, 34.) |
| vs. | |
| WELLS FARGO BANK NATIONAL ASSOCIATION, et al., | |
| Defendants. | |

Judges in the Eastern District of California carry the heaviest caseload in the nation, and this Court is unable to devote inordinate time and resources to individual cases and matters.  As such, this Court must best manage its voluminous caseload without incurring needless delay and misuse of its limited resources.

On December 23 and 31, 2013, defendants Northwest Trustee Services, Inc. and Wells Fargo Bank, N.A., filed their respective F.R.Civ.P. 12(b)(6) motions to dismiss and set a January 30, 2014 hearing. On January 16, 2014, the deadline to oppose the motions, plaintiff's counsel filed papers to seek to extend the opposition deadline and hearing based on her "feeling under the weather," suffering from the "flu," and incurring a backlog.  This Court's January 17, 2014 order denied plaintiff's requested extensions, vacated the January 30, 2014 hearing on the motions to dismiss, and advised that this Court would consider the motions to

1

dismiss without oral argument and would issue a written ruling on the motions to dismiss.

After issuing the January 17, 2014 order, this Court devoted numerous hours to prepare a 34-page order (doc. 35) to evaluate thoroughly plaintiff's claims and to dismiss claims against Northwest Trustee Services, Inc. and Wells Fargo Bank, N.A.  The order was completed on January 27, 2014 and was not signed, docketed and served until January 28, 2014 due to normal processing.  After this Court had completed the order to dismiss plaintiff's claims against Northwest Trustee Services, Inc. and Wells Fargo Bank, N.A., plaintiff filed papers to seek to file belated opposition papers along with the opposition papers.

Plaintiff's request to file belated opposition papers and the belated opposition papers are untimely, reveal no excusable neglect, and serve solely to vex and delay defendants, this Court, and nonjudicial foreclosure of plaintiff's property.  Having handled more than a 100 cases similar to this action, this Court is familiar with the relevant legal issues and authorities.  This Court considered plaintiff's opposition papers and finds that they fail to support plaintiff's requested relief and claims, which are dismissed pursuant the order to dismiss (doc. 35).

On the basis of good cause, this Court:

1.    DENIES plaintiff's request to file belated papers to oppose the motions to dismiss; and

2.    DENIES plaintiff's request to enter default against defendant WMHLI Transfer Interim LP.

This Court's order on the motions to dismiss (doc. 35) remains in effect without change.

IT IS SO ORDERED.

Dated:   **January 28, 2014**              **/s/ Lawrence J. O'Neill**
                                                                UNITED STATES DISTRICT JUDGE